UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIM MCCORMICK,

  Plaintiff

-vs-

ABILITY RECOVERY SERVICES,     CASE NO.: 8:18-CV-01239-EAK-MAP

  Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Tim McCormick, by and through his undersigned attorney, in the above-titled action and represents to the Court that this matter has been resolved between the parties, and requests an entry of a Final Order of Dismissal with Prejudice in this matter as to Ability Recovery Services, LLC with each party to bear its own costs and attorneys' fees.

                                        */s/ Shaughn C. Hill*
                                        Shaughn C. Hill, Esquire
                                        Morgan & Morgan, Tampa, P.A.
                                        One Tampa City Center
                                        Tampa, FL 33602
                                        Tele: (813) 223-5505
                                        Fax: (813) 223-5402
                                        shill@forthepeople.com
                                        Florida Bar #: 105998
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 24th day of August, 2018 to: Ability Recovery Services, LLC located at P.O. Box 4262, Scranton, PA 18505.

*/s/Shaughn C. Hill, Esq.*
Shaughn C. Hill, Esq.
Florida Bar No.:105998
*Attorney for Plaintiff*